**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF MICHIGAN**

---

ALEXANDER MINNEHAN,
Plaintiff,

v

ALLISON SEPECZI,
MOLLIE BOOKIE, and
CHLOE VANSINGEL,
Defendants.

CASE NO. 26-cv-2227

HON. Robert J. Jonker

---

Collin H. Nyeholt (P74132)
LAW OFFICE OF CASEY D.
CONKLIN, PLC
4780 Okemos Rd, Ste 2,
Okemos, MI 48864
(517) 522-2550
collin@caseydconklin.com

Jade S. Doty (P88620)
SCHOLTEN FANT
Attorneys for Defendant Mollie Bookie
100 N. Third Street
Grand Haven, MI 49417
(616) 842-3030
jdoty@scholtenfant.com

---

**DEFENDANT MOLLIE BOOKIE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Mollie Bookie, by and through her attorneys, SCHOLTEN FANT, respectfully moves this Court pursuant to Federal Rule of Civil Procedure12(b)(6) to dismiss all claims asserted against her for failure to state a claim upon which relief can be granted. In support of this Motion, Defendant Mollie Bookie relies upon the accompanying Brief in Support. Pursuant to U.S. District Court, Western District of Michigan Local Civil Rule 7.1(d), concurrence was sought from Plaintiff before filing this Motion. Plaintiff opposes the relief requested in this Motion.

Respectfully Submitted,

Dated: August 25, 2026

s/ Jade S. Doty

Jade S. Doty (P88620)
Attorney for Defendant, Mollie Bookie
100 N. Third Street
Grand Haven, MI 49417
(616) 842-3030
jdoty@scholtenfant.com