# Exhibit A

Trinity Health

# AFTER VISIT SUMMARY

**Alexander C. Minnehan** MRN: [redacted]

8/17/2025 Trinity Health Emergency Center - Grand Rapids Hospital 616-685-6789

## Instructions

Your EKG, chest x-ray, and blood tests today are reassuring. You may take 1 g of Tylenol with 600 mg of ibuprofen every 6-8 hours for any ongoing chest pain. Please return to the emergency department for any new or worsening symptoms. Please follow-up with a PCP.

**Read the attached information**
Chest Pain: Musculoskeletal (English)

**Schedule an appointment with Trinity Health New Patient Line as soon as possible for a visit in 3 days (around 8/20/2025)**
Contact: 616-685-5000; 1-800-555-9898

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

No active allergies

## Community Resource Directory

Visit https://communityresources.trinity-health.org to find free and/low-cost resources such as food pantries. To speak to a live person to find local programs, dial 211.

## Your Medication List

You have not been prescribed any medications.

## Today's Visit

You were seen by D Dinkel, NP

**Reason for Visit**
Chest Pain

**Diagnosis**
Acute chest pain

**Lab Tests Completed**
- CBC auto differential
- Comprehensive metabolic panel
- Magnesium
- Troponin I high sensitivity performed 2 times

**Imaging Tests**
- ECG 12 lead performed 2 times
- XR Chest 1 View

**Medications Given**
- acetaminophen (TYLENOL) Last given at 2:46 AM
- hydrOXYzine HCL (ATARAX) Last given at 2:46 AM
- ketorolac (TORADOL) Last given at 2:46 AM

Blood Pressure 126/66

Weight 182 lb 5.1 oz

Temperature 98.1 °F

Pulse 67

Respiration 19

Oxygen Saturation 97%

Stephanie Bergman, MA, LPC
Calvin University
3201 Burton St. SE
Grand Rapids, MI 49546
stephanie.bergman@calvin.edu

February 26, 2026

RE: Alexander Minnehan Counseling Services Summary

Dear Attorney Collin Nyeholt,

I am writing at the request of Alexander Minnehan, a current Calvin University student who received counseling services at the Center for Counseling and Wellness at Calvin University during the period of August 26, 2025 (initial session) and October 15, 2025 (last attended session).

Alexander requested an appointment with our office on Saturday, August 23, 2025, and on Monday, August 25, 2025, he received confirmation for an initial appointment scheduled for Tuesday, August 26, 2025. At that initial appointment, Alexander reported that his reason for seeking care was: "Ongoing social media harassment, bullying and defamation."

Alexander attended the following sessions at the Center for Counseling and Wellness:

- Initial Screening Appointment: August 26, 2025
- Individual Session: August 28, 2025
- Individual Session: September 2, 2025
- Individual Session: October 15, 2025

A referral was sent, at Alexander's request, to Calvin University Health Services on September 5, 2025, with the reported purpose of discussing medication support related to difficulty sleeping. It is unknown by this counselor whether Alexander attended an appointment with Health Services.

During the sessions listed above, the following symptoms were reported by the student: feeling fearful for his well-being, having a panic attack, difficulty sleeping, nightmares, reduced appetite, some paranoia, racing thoughts, restlessness, low motivation and loss of interest in typically pleasurable activities, reduced participation in social activities due to anxiety. Alexander denied any suicidal ideation.

Following a clinical diagnostic assessment, Alexander was given a diagnosis of F43.23 Adjustment Disorder; with mixed anxiety and depressed mood.

Sincerely,

Stephanie Bergman, MA LPC

Stephanie Bergman, MA, LPC
Calvin University
Director | Center for Counseling and Wellness

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | MINNEHAN, ALEXANDER C (Male)<br>[redacted]<br>GRAND RAPIDS, MI 49506<br>[redacted] | **DOB:**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | 11/08/2002 (22)<br>White<br>English<br>Not Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 215520239<br>SELF PAY |
| **Location:** | Calvin Health Services<br>160 HOOGENBOOM CENTER 3195 KNIGHT WAY SE<br>grand rapids, MI, 49546-4409<br>(616)526-6187 | **Provider:** | MR. TREVER PORTENGA, PA-C | | |
| **DOS:** | 10/17/2025 01:00 PM US/Eastern | | | | |

## Subjective

**Chief Complaint:**

New patient. Senior transfer student.

Patient here as he's been dealing with PTSD Sx's since a physical assault that took place about 2 months ago. There were a group of guys that set him up at a party and assaulted him. Since there has been a lot of online stalking and bullying as well. Police are involved. The family has hired a lawyer for the situation. Since the event, he's been dealing with a lot of paranoia, anxiety, and sleeping issues. He lives alone off campus and has feared for his safety at his home. His sleep has been bad due to anxiety, nightmares. He is easily awoken by noises in the area of his house. Patient has been working with Steffanie at CCW which he reports has been helpful dealing with his anxiety and paranoid thoughts. Today he's here as he'd like to talk about something for sleep.

No suicidal thoughts. No substance use. No previous psychiatric conditions or struggles.

**Portal Checkin: Reason for Visit**

| Question | | Comments |
|---|---|---|
| Reason for Today's Appointment? | | |
| What is the primary reason for your visit today? | Sleep aid | |
| Is there anything else you want to discuss if time permits? | Stuffy yellow mucas, left eye red | |

**Allergies**

The patient has no known allergies.

**Review of Systems**

General: Patient denies weight changes, fatigue, fevers, night sweats
Lung: Patient denies cough, dyspnea, shortness of breath, wheezing
Cardio: Patient denies chest pain, palpitations, lightheadedness, dyspnea on exertion, syncope
Psych: +anxious, +paranoid, +sleeping issues; Patient denies depressed mood, mood swings, psychosis, mania, suicidal thoughts

Electronically Signed and Reviewed by PORTENGA, TREVER 10/17/2025 11:00:17

| | |
|---|---|
| Depression and CSSR Assessment: | See patient's response in PHQ9+ (PHQ9, GAD7, CSSR-S) assessment in chart. |

**Physical Exam**

General: Healthy individual in no apparent distress
Eyes: L sclera injected, no discharge
Psych: Normal mood and affect, good eye contact, patient elaborates with answers to my questions, good judgement, well groomed and dressed, patient does not appear to be intoxicated or in psychosis, no suicidal or homicidal ideation

## Assessment

**Diagnosis**

F4311 Post-traumatic stress disorder, acute
H10022 Other mucopurulent conjunctivitis, left eye
Z1331 Encounter for screening for depression
Z1339 Encntr screen exam for other mental hlth and behavrl disord

**Disposition**

| Code | Description |
|---|---|

## Plan

**Procedures**

PHQ9=6 and GAD7=0

Discussed several different Rx approaches such as 1) SSRI therapy 2) trazadone at night and 3) hydroxyzine at night + PRN. We both agreed to start with hydroxyzine 25mg taking 1-2 tabs nightly and TID PRN. #45-0 sent to pharmacy.

Patient to continue with counseling as planned. He is also connected with Student Success as he missed some class time earlier in the semester.

Discussed emotional signs and Sx's that would warrant immediate help and what that help would look like on and off campus.

Patient with understanding and agrees with the plan.

I have spent 35 minutes in care and coordination for this patient on today's date. This has included face-to-face time in assessing, treating, and counseling this patient, as well as reviewing pertinent records, and documenting.

We will follow up around 1 month.

Electronically Signed and Reviewed by PORTENGA, TREVER 10/17/2025 11:00:17