# Exhibit B


Media Player
5:44
Messages
STEM Explore Following Shop For You
all the evidence of him cheating was printed on the floor...
he don't know what to say
Get rewards
0
0
1
7
ll123672
#catchcheater #besafe
#girlssticking together ... more
Jair Nowlin
shared this video
Seek
00:09
0:01:33


Media Player
5:44
Messages
STEM
Explore
Following
Shop
For You
Get rewards
he don't know what to say
*leg pop*
ll123672
#catchcheater #besafe
#girlsstickingtogether
#alexminnehan #calvinuniversity
less
Jair Nowlin
shared this video
0:00:16
0:01:26


Media Player
5:45
Messages
STEM
Explore
Following
Shop
For You
Get rewards
man i can prove you told me to be exclusive don't lie
man accidentally referred to me as his girlfriend once and then said basically wtf
ll123672
#catchcheater #besafe #girlssticking together #alexminnehan #calvinuniversity
less
Jair Nowlin
shared this video
0:00:56
0:00:46


Media Player
5:45
Messages
STEM
Explore
Following
Shop
For You
Get rewards
the girls
Alex 21
0
0
1
7
ll123672
#catchcheater #besafe
#girlsstickingtogether
#alexminnehan #calvinuniversity
the menace
less
Jair Nowlin
shared this video
0:01:31
0:00:11