# Exhibit C

(Digital Media Upload)